United States District Court
Eastern District of Michigan

Jair Gabriel Rivero Alejos,

    Petitioner,

v.

Kevin Raycraft, Immigration and Customs Enforcement, Director of Detroit Field Office, Enforcement and Removal; Kristi Noem, Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; and Executive Office for Immigration Review,

    Respondents.

Civil No. 25-13997

Honorable Linda V. Parker

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: January 26, 2026

Stipulated and agreed to by:

| | |
|---|---|
| DeMartini Williams PLC | Jerome F. Gorgon Jr.<br>United States Attorney |
| */s/ Joe Williams (w/ consent)*<br>Joseph Williams (P88177)<br>5700 Crooks Rd.<br>No. 200<br>Troy, Michigan 48098<br>(855) 443-8523<br>Joe@demartiniwilliamslaw.com | */s/ Zak Toomey*<br>Zak Toomey (MO61618)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, Michigan 48226<br>(313) 226-9617<br>zak.toomey@usdoj.gov |
| *Counsel for Petitioner* | *Counsel for Respondents* |
| Dated: January 25, 2026 | Date: January 25, 2026 |